O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1159 PSG (PLZx) | Date | May 20, 2009 |
|---|---|---|---|
| Title | Lane Tone Int'l Material, Inc. v. Intra American Metals, Inc. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):       Attorneys Present for Defendant(s):

Not Present                                             Not Present

**Proceedings:**     **(In Chambers) Order Granting Plaintiff Ten Additional Days to Respond to the Court's Order to Show Cause**

On February 18, 2009, Lane Tone Int'l Material, Inc. ("Plaintiff") filed a complaint in this Court against Intra American Metals, Inc. ("Defendant"). *See* Doc #1. However, because it appeared that the Court lacked subject matter jurisdiction, the Court, on April 24, 2009, issued an Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction ("OSC"). *See* Doc # 23. In that OSC, the Court noted certain defects in Plaintiff's complaint. Specifically, as Plaintiff and Defendant were corporations, Plaintiff was required to state both their respective states of incorporation and their principal places of business. *See* 28 U.S.C. § 1332(c). However, Plaintiff failed to state Defendant's state of incorporation. Additionally, the jurisdiction averment by Plaintiff regarding the parties' principal places of business was patently insufficient under 28 U.S.C. § 1332(c). *See Indus. Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1094 (9th Cir. 1990).

In light of the aforementioned defects, the Court ordered Plaintiff to show cause in writing no later than May 15, 2009 why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. In response to that directive, Plaintiff, on May 5, 2009, filed its Response. *See* Doc # 26. In that filing, Plaintiff responds to the Court's concern regarding Defendant's state of incorporation. However, Plaintiff does not respond to the Court's concern regarding both parties' respective principal places of business.

The Court hereby grants Plaintiff **10 days** to respond to the Court's concern regarding both parties' respective principal places of business. A failure to adequately respond within this time period will result in the Court dismissing this action without prejudice.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-1159 PSG (PLZx) | Date | May 20, 2009 |
|---|---|---|---|
| Title | Lane Tone Int'l Material, Inc. v. Intra American Metals, Inc. | | |

**IT IS SO ORDERED.**