O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1159 PSG (PLZx) | Date | June 1, 2009 |
|---|---|---|---|
| Title | Lane Tone International Material, Inc. v. Intra American Metals, Inc. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers) Order Dismissing Case**

        On April 24, 2009, the Court issued an Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction ("OSC").  In that OSC, the Court noted certain defects in the complaint filed by Lane Tone International Material, Inc. ("Plaintiff").  Among other things, the Court noted that the jurisdiction averment by Plaintiff regarding the alleged principal places of business of Plaintiff and Intra American Metals, Inc. ("Defendant") were patently insufficient.  Citing *Indus. Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090 (9th Cir. 1990), the Court observed that in determining the location of a corporate party's principal place of business, this Court requires parties to allege facts regarding (1) the location of the majority of the corporation's (a) employees, (b) tangible property, and (c) production activities, and (2) where most of the corporation's (a) income is earned, (b) purchases are made, and (c) sales take place.  *Id.* at 1094.

        Plaintiff, on May 5, 2009, filed a response to that OSC.  However, in an order dated May 20, 2009, the Court found that response to be inadequate because it did not address the Court's concern regarding both parties' respective principal places of business.  The Court then granted Plaintiff an additional 10 days to respond to this concern, and warned Plaintiff that a failure to do so would result in the dismissal of this action without prejudice.

        On May 26, 2009, Plaintiff filed a supplemental response.  In that supplemental response, Plaintiff conclusorily alleges that its principal place of business is in California and that Defendant's principal place of business is in Indiana.  These conclusory allegations do not, however, suffice.  The Court has on two separate occasions advised Plaintiff how it could cure the deficiencies in its complaint.  Specifically, Plaintiff was requested to provide information regarding (1) the location of the majority of the corporate parties' (a) employees, (b) tangible

**O**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-1159 PSG (PLZx) | Date | June 1, 2009 |
|---|---|---|---|
| Title | Lane Tone International Material, Inc. v. Intra American Metals, Inc. | | |

property, and (c) production activities, and (2) where most of the corporate parties' (a) income is earned, (b) purchases are made, and (c) sales take place. *See Tectonics,* 912 F.2d at 1094. Plaintiff has now failed to do so on two separate occasions. Therefore, consistent with its prior warnings, the Court hereby DISMISSES this case without prejudice.

**IT IS SO ORDERED.**